# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATRICIA KENNEDY, Individually,** : | |
| : | **Case No.: 1:20-cv-02087** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **JASLIN HOTEL LLC d/b/a JASLIN HOTEL,** : | |
| an Illinois Limited Liability Company, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, Patricia Kennedy, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the parties ask for a 30-day extension of all deadlines.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this May 14, 2020.

Respectfully submitted,

Attorney for Plaintiff:

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street

Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

2